FILED
August 11, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN STORIE

Defendant.

Case No. 2:26-mj-0123 SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release STEVEN STORIE Case No. 2:26-mj-0123 SCR Charges 21 USC § 841(a)(1) from custody for the following reasons:

______ Release on Personal Recognizance

______ Bail Posted in the Sum of $ 20,000

X Unsecured Appearance Bond $ ______

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

______ (Other): .

Issued at Sacramento, California on August 11, 2026 at 2:16 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney